IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 21 2012
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

| | |
|---|---|
| ROSE M. CARVER, | ) |
| | ) Civil Action No. 3:11CV00066 |
| Plaintiff, | ) |
| | ) |
| v. | ) **FINAL JUDGMENT AND ORDER** |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) By: Honorable Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant. | ) |

For reasons stated in a Memorandum Opinion filed this day, summary judgment is hereby entered for the defendant and it is so

ORDERED.

The Clerk is directed to send certified copies of this Judgment and Order to all counsel of record.

ENTER: This 21st day of June 2012.

_____
Chief United States District Judge